# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DANIEL DEFENSE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-334 |
| | ) | |
| THE TACTICAL EDGE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff Daniel Defense, LLC's Motion for Limited Jurisdictional Discovery. Doc. 6. Plaintiff requests that "the Court . . . permit it to serve . . . limited jurisdictional interrogatories . . . [and to] delay any determination as to the existence of subject-matter jurisdiction under 28 U.S.C. §1332 until [Defendant] The Tactical Edge, LLC provides complete and satisfactory answers to those jurisdictional interrogatories." *Id*. at 4. Plaintiff indicates that it pleaded that all of Defendant's members are Tennessee citizens and/or corporations because of Defendant's numerous apparent connections to Tennessee. *Id*. at 1-2. Plaintiff requests limited jurisdictional discovery, however, to "fully and

conclusively establish that complete diversity exists in this action." *Id.* at 2.[1]

For good cause shown, and because Plaintiff's jurisdictional interrogatory is appropriately limited, *see* doc. 6-2, Plaintiff's request to conduct limited jurisdictional discovery is **GRANTED**. Doc. 6; *see RMS Titanic, Inc. v. Kingsmen Creatives, Ltd.*, 579 F. App'x 779, 790 (11th Cir. 2014) (courts should grant limited jurisdictional discovery if the sought information would give rise to jurisdiction). The parties' deadline to file their Rule 26(f) Report is January 21, 2022. *See* doc. 2 at 1 (The Court's 26(f) Order explains that parties must confer and submit a Rule 26(f) Report within 60 days after any defendant has been served with the complaint or 45 days after any defendant has appeared, whichever is earlier.); doc. 5 at 2 (Defendant served on November 22, 2021); doc. 10 (Defendant appeared by filing its Answer on December 13, 2021). The parties are **DIRECTED** to inform the Court, in that Report, whether the

---

[1] The Court notes that, since the request for jurisdictional discovery was filed, Daniel Defense, LLC has answered. *See* doc. 10. Its Answer admits the Complaint's jurisdictional allegation. *Compare* doc. 1 at 1, ¶ 3, *with* doc. 10 at 3, ¶ 3 (responding "Admitted.").

limited jurisdictional discovery permitted by this Order is complete and, if not, include a proposed deadline for its completion.

**SO ORDERED**, this 18th day of January, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA