IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **DANIEL DEFENSE, LLC** | ) | |
| | ) | |
|   Plaintiff | ) | |
|   Counterclaim-Defendant | ) | |
| | ) | |
| v. | ) | Civ. Action No. 4:21-cv-334-WTM-CLR |
| | ) | |
| **THE TACTICAL EDGE, LLC** | ) | |
| | ) | |
|   Defendant | ) | |
|   Counterclaim-Plaintiff | ) | |

**TO:**   Clerk of Court, United States District Court, Southern District of Georgia

**APPLICATION FOR LEAVE OF ABSENCE**

COMES NOW LUCAS D. BRADLEY, of Bouhan Falligant, LLP, and, pursuant to Local Rule 83.9, applies for leave of absence from

(a)    April 29 through May 6, 2022, for professional conference and personal vacation.

Leave is sought in the following case(s):

*Daniel Defense, LLC vs. The Tactical Edge, LLC*
*In the United States District Court for the Southern District of Georgia*
*Civil Action No: 4:21-cv-334*

Pursuant to the attached Certificate of Service, notice has been given to opposing counsel.

Respectfully submitted, this 30th day of March, 2022.

                              **BOUHAN FALLIGANT LLP**

                              /s/ Lucas D. Bradley
                              LUCAS D. BRADLEY
                              Georgia Bar No. 672136
                              GLEN M. DARBYSHIRE
                              Georgia Bar No. 205210
                              *Counsel for Plaintiff/Counterclaim*
                              *Defendant*

Physical: One West Park Ave.
Savannah, Georgia 31401
Mailing:  P.O. Box 2139
Savannah, Georgia 31402
T:  912.232.7000
F:  912.233.0811
ldbradley@bouhan.com
gdarbyshire@bouhan.com

## CERTIFICATE OF SERVICE

I, Lucas D. Bradley, certify that I have today filed the foregoing through the Court's CM/ECF filing system, which will cause notice to be sent to all counsel of record through the NEF system.

THIS 30th DAY OF MARCH, 2022.

BOUHAN FALLIGANT LLP

/s/ Lucas D. Bradley
LUCAS D. BRADLEY
State Bar No. 672136
*Attorney for Plaintiff/Counterclaim Defendant*

Post Office Box 2139
Savannah, Georgia 31402
Telephone: (912) 232-7000
Telefax: (912) 233-0811
ldbradley@bouhan.com