UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DANIEL DEFENSE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-334 |
| | ) | |
| THE TACTICAL EDGE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court previously granted attorney Ryan W Schmidt's Motion to Withdraw as Attorney for Defendant The Tactical Edge, LLC ("Tactical Edge"). Doc. 55. Since, as a limited liability company, Tactical Edge cannot appear to defend this action without counsel, the Court directed Schmidt to notify the company of its obligation to retain counsel. *Id.* (citing *Palazzo v. Gulf Oil Co.*, 764 F.2d 1381, 1385 (11th Cir. 1985)). Schmidt complied, certifying to the Court that he sent Tactical Edge a copy of the Court's Order along with "notice of their obligation to retain new counsel" on April 10, 2023. Doc. 56. Four weeks have passed since Schmidt notified Tactical Edge of its obligation to retain counsel, yet the company remains unrepresented. *See generally* docket.

1

As the Court's prior Order indicated, *see* doc. 55 at 2, corporate defendants cannot appear without counsel. *Palazzo*, 764 F.2d at 1385 ("[A] corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel."). The Tactical Edge, LLC is therefore **DIRECTED** to retain counsel, who must enter his or her appearance within 30 days from the date of this Order or **SHOW CAUSE** why it has not yet complied within that same time frame. Failure to do so could subject it to default. *See, e.g.*, *CNH Capital America, LLC v. Southeastern Aggregate, Inc.*, 2009 WL 2391242 (S.D. Ga. Aug. 4, 2009) (directing clerk of court to enter default against corporate defendant that failed to obtain substitute counsel as directed by the Court, recognizing that "the failure of an artificial entity to obtain counsel, in violation of a court order or rule to do so, has repeatedly been held to support default judgment, even absent violations of other rules or orders." (internal citations omitted)). Additionally, the Court cannot and will not entertain any pleadings or motions filed by Tactical Edge until it has obtained counsel. *See N. Augusta Mgmt. Grp., LLC v. Sw. Golf Grp., Inc.*, 2011 WL 1151128, at *1 (S.D. Ga. Mar. 28, 2011).

Since Schmidt has withdrawn, and no substitute counsel has appeared, the Court also lacks an address where Tactical Edge may be served. *See generally* docket. In the absence of any such address, the Clerk is **DIRECTED** to send a copy of this Order to the address where Schmidt sent his notice:

> The Tactical Edge, LLC
> c/o Robert Snyder
> 219 Industrial Drive, Unit B
> Clarksville, TN 37040

*See* doc. 56 at 2. The Clerk is further **DIRECTED** to send a copy to The Tactical Edge, LLC's registered agent listed in filings with the Tennessee Secretary of State:

> Robert Snyder
> Registered Agent: The Tactical Edge, LLC
> 1253 Meachem Drive
> Clarksville, TN 37042

**SO ORDERED**, this 12th day of May, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA