IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DANIEL DEFENSE, LLC, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-334 |
| v. | |
| THE TACTICAL EDGE, LLC, | |
| Defendant. | |

**O R D E R**

By Order dated February 7, 2024, this Court ruled in part on Plaintiff Daniel Defense, LLC's Motion for Default Judgment. (Doc. 72.) In that Order, the Court reserved ruling on Plaintiff's Motion as to damages until after a hearing and scheduled the damages hearing for March 5, 2024. (Id.)

IT IS HEREBY ORDERED that the damages hearing currently scheduled for March 5, 2024, is **CONTINUED** to **March 19, 2024**, at 10:00 a.m., in Courtroom One, 8 Southern Oaks Court, Savannah, Georgia. The Court DIRECTS Plaintiff's counsel to attempt to provide a copy of this Order to Defendant by mailing a copy of this Order to Defendant's last known address.

**SO ORDERED**, this 13th day of February, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA