AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DANIEL DEFENSE, LLC,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:21-cv-334

THE TACTICAL EDGE, LLC,

      Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated March 20, 2024 regarding the evidence presented at the evidentiary hearing held on March 12, 2024, judgment is hereby entered in favor of Daniel Defense, LLC and against The Tactical Edge, LLC in the amount of $1,343,068.48. This action stands closed.

Approved by: _____

March 20, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020